# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TIMOTHY JAMES COOPER,<br><br>Debtor.<br>_____<br>TIMOTHY JAMES COOPER,<br><br>Appellant,<br><br>v.<br><br>WILLIAM F. JAWORSKI, JR.,<br>as Chapter 13 Trustee,<br><br>Appellee.<br>_____ | ) Chapter 13<br>) Bk. No. 24-10132 (BLS)<br>) BK. BAP No. 24-0076<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 24-1397-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington, this 13th day of February 2025, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **March 17, 2025.**

2. Appellee's brief in opposition to the appeal is due on or before **April 16, 2025.**

3. Appellant's reply brief is due on or before **April 30, 2025.**

                                                _____
                                                The Honorable Jennifer L. Hall
                                                United States District Judge